VERA L. BINZEN, Respondent, v. GILES G. HEALEY, Appellant.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley, J., dissents and votes to modify by imposing thirty-five dollars costs only as a condition for the granting of the motion.

THE NEW YORK TRUST COMPANY, as Trustee under Agreement Dated as of April 1, 1926, Made by 100 WILLIAM STREET CORPORATION, Securing the Issue of $2,500,000, Principal Amount of First Mortgage 5¾% Sinking Fund Loan Certificates, Plaintiff, v. 100 WILLIAM STREET CORPORATION, a Corporation Dissolved by Proclamation Pursuant to Section 203a of the Tax Law of the State of New York, and Others, Defendants. INTERBOROUGH LEASING CORPORATION, a Bondholder, Appellant; JAMES A. BEHA and Others, Claiming to Constitute a Committee Known as " 100 WILLIAM STREET (WOODBRIDGE BUILDING) FIRST MORTGAGE BONDHOLDERS' COMMITTEE," Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., dissents and votes to reverse and deny the motion.

## (November 29, 1940.)

In the Matter of the Application for a Compulsory Accounting in the Estate of BERNHARD FEIFER, Deceased. DAVID OPPENHEIM, Respondent; CHARLES A. STRAUSS and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROSARIO GALLO SCHNABEL and HENRY B. ALBERT, as Receiver of the Property of ROBERT SCHNABEL, Appellants, v. BLOCK DRUG COMPANY, INC., Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. Claim of MILFORD CONSTRUCTION COMPANY, Claim No. C. B. 3791. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NATIONAL SURETY COMPANY, Appellant; MILFORD CONSTRUCTION COMPANY, Claimant-Objector, and THE COUNTY BANK OF GREENWOOD, S. C., Objector, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

ADOLF GOBEL, INC., Respondent, v. ADAM BELZ and Others, Defendants, Impleaded with JAMES MALONEY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

KELLY-SULLIVAN, INC., and Others, Appellants, v. PAUL MOSS, as Commissioner of Licenses of the City of New York, and LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [174 Misc. 1098.]